IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

BRIAN K. THOMPSON )
and JANET D. THOMPSON (Deceased), )
 )
            Plaintiffs, )     TC-MD 140138D
 )
    v. )
 )
DEPARTMENT OF REVENUE, )
State of Oregon, )
 )
            Defendant. )     **FINAL DECISION**

The court entered its Decision in the above-entitled matter on July 30, 2014. The court

did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days

after its Decision was entered. The court's Final Decision incorporates its Decision without

change.

This matter is before the court on its own motion for Plaintiffs' failure to respond to the

court's Order, filed July 9, 2014. Plaintiffs appealed Defendant's Notices of Deficiency

Assessment, dated February 19, 2014, for tax years 2007 and 2008. Defendant submitted a

written status report, filed June 23, 2014, stating:

> "Based on the information available, Defendant agrees to allow Plaintiff
> withholding of $2,222 for tax year 2007, and additional withholding of $1,971 for
> tax year 2008 (total withholding tax year 2008: $1,309 + $1,971 = $3,280)."

The court's Order stated that if Plaintiffs failed to submit a written response to Defendant's status

report to the court and a copy to Defendant postmarked no later than 14 days from the date of the

court's Order, the court would issue a Decision in accordance with Defendant's status report.

Plaintiff did not file a written response postmarked no later than 14 days from the court's Order.

Now, therefore,

IT IS THE DECISION OF THIS COURT that for tax year 2007 Plaintiffs are allowed

Oregon state income tax withholding of $2,222.

IT IS FURTHER DECIDED that for tax year 2008 Plaintiffs are allowed additional

Oregon state income tax withholding of $1,971, and total Oregon state income tax withholding

of $3,280.

Dated this ___ day of August 2014.


_____
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within __60__ days after the date of the Final Decision or this Final Decision cannot be changed.*

*This Final Decision was signed by Presiding Magistrate Jill A. Tanner on August 18, 2014. The Court filed and entered this Final Decision on August 18, 2014.*